**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000304**
**20-DEC-2022**
**08:36 AM**
**Dkt. 122 OAWST**

NO. CAAP-21-0000304

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MILA G. BOCALBOS, Claimant-Appellant-Appellant, v.
KAPIOLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,
Employer-Appellee-Appellee, Self Insured, and
HAWAII PACIFIC HEALTH,
Self-Administrator-Appelle-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2005-032; DCD NO. 2-86-16536)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of the Proposed Stipulation to Dismiss Appeal, filed October 11, 2022, by Claimant-Appellant-Appellant Mila G. Bocalbos (**Bocalbos**), the papers in support, and the record, and noting no opposition, it appears that:

(1) The parties stipulate to dismiss the appeal and that they will bear their own attorneys' fees and costs, under Hawaiʻi Rules of Appellate Procedure Rule 42(b); and

(2) The stipulation is dated and signed by Samuel P. King, Jr., as counsel for Bocalbos, and J. Thomas Weber (**Weber**), as counsel for Employer-Appellee-Appellee Kapiolani Medical Center for Women and Children. Although Weber is also counsel of record for Self-Administrator-Appellee-Appellee Hawaii Pacific Health, Weber did not sign the stipulation as Hawaii Pacific Health's attorney, nor does the stipulation indicate that Hawaii Pacific Health, which has appeared in the appeal, need not

participate in the stipulation.  Thus, the court will construe the stipulation as a motion by Bocalbos, and grant the requested relief.

Therefore, IT IS HEREBY ORDERED that the October 11, 2022 Proposed Stipulation to Dismiss Appeal, construed as a motion by Bocalbos, is granted, and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, December 20, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge